UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| STILLGOOD PRODUCTS, LLC, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:21-cv-00018-SEB-KMB |
| WESBANCO BANK, INC., | ) ) ) |
| Defendant. | ) |

### ENTRY OF DISMISSAL

Having approved the parties' class action Settlement Agreement and Release, the Court hereby **DISMISSES** this action without prejudice. The parties shall notify the Court when all the steps necessary to fully effectuate the settlement have been completed. At that time, the Court will enter an Order of Final Judgment dismissing this matter in its entirety with prejudice.

IT IS SO ORDERED.

Date: _____12/16/2022_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF